(3)

KC FILED CH

Feb 20 2008
FEB 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____DIVISION

RAMONA A. Manus
_____

(Name of the plaintiff or plaintiffs)

V.

Sage Hospitality Resources
_____
_____

(Name of the defendant or defendants)

CIVIL ACTION

08CV1037
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is RAMONA A. MANUS of the county of CLARK in the state of NeV.

3. The defendant is Sage Hospitality Resources, who resides at (street address) 1512 Larimer- Suite 800 Denver, Co 80202 (city) Denver (county)_____ (state) CO. (ZIP) 80202

(Defendant's telephone number) (303) - 595-7200

I HAD More Senority with company:

AGe Discrimination: Hired Feb-2001- VIP Services- After Dec- 2001 - Human Resources + Manager placed a 25 yr. old in my posistion - schedule Me Less hours - other enployee got Full time - Causing Me Loss of hours so I couldn't qualify For Health ins. payment into the pension - Loss of income - Finally Dismissal-July-1st at that time Company Replaced Me With same younger person 2006 on My Job- for 2nd time -

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at

(street address) _SHeRaton CHicago NoRthwest_

(city) _ArlmgMoN Heights_ (county) _Cook_ (state) _Illinois_ (ZIP code) _60005_

5. The plaintiff [check one box]

(a) ☐     was denied employment by the defendant.

(b) ☐     was hired and is still employed by the defendant.

(c) ☒     was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) _Jan._ , (day)_____ , (year) _2002_.

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant
☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following    government

agencies:

(i)     ☒ the United States Equal Employment Opportunity Commission on or about
(month) _MaR._     (day) _28_    (year) _2007_.

(ii)     ☐ the Illinois Department of Human Rights on or about
(month)_____ (day)_____ (year)_____.

(b)     If charges *were* filed with an agency indicated above, a copy of the charge is

attached.     ☒ YES    ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of

Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason  to

believe that this policy was not followed in this case.

8. (a) ☐     the United States Equal Employment Opportunity Commission has not issued a *Notice*

*of Right to Sue.*

(b) ☐     the United States Equal Employment Opportunity Commission has issued a *Notice* of

*Right to Sue,* which was received by the plaintiff on (month) _Issued. Nov 21 -07_ (Received Dec. 28-07)

(day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☒ Age (Age Discrimination Employment Act).

   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (c) ☐ Disability (Americans with Disabilities Act)

   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

   ☒ YES     ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

   (a) ☐ failed to hire the plaintiff.

   (b) ☐ terminated the plaintiff's employment.

   (c) ☐ failed to promote the plaintiff.

   (d) ☐ failed to reasonably accommodate the plaintiff's religion.

   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ other (specify):_____

_____

_____

_____

_____

_____

_____

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was Hired Feb 2001 - Full time - HumanResources hired a 20? yrs.
PeRson LAter giving her all Hours due Me - Continning over 1yr.
Retalation against Me - No Scheduled hours Causing Loss of Income - PensiA
my health insurance & heath issues caused by their deliberate actions
Reloloting My efforts to Cease practices & My Filed grievances And hiring an
attorney to Collect workmens Compensation For an injury occuring at work
Human Resources didn't collet - After I was fired they Recalled same
14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully Person For My
discriminated against the plaintiff. Job ! (2nd time)

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all
that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify):_____

Judgement _____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages,
liquidated/double damages, front pay, compensatory damages, punitive damages,
prejudgment interest, post-judgment interest, and costs, including reasonable attorney
fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)