APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS



Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Ramona Manus_
(Please print)

STREET ADDRESS: Present! _7861 Lily Trotter St._

CITY/STATE/ZIP: _North Las Vegas, NV - 89084_

PHONE NUMBER: Illinois Cell - _224-805-0922_

CASE NUMBER: 08CV1037
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

KC FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Ramona G Manus_                    _Feb 20 - 2008_
Signature                            Date