UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ramona A Manus
                Plaintiff,

v.                               Case No.: 1:08−cv−01037
                                          Honorable Joan H. Lefkow

Sage Hospitality Resources
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Pro se plaintiff Ramona Manus is directed by March 21, 2008 to file a copy of the EEOC charge of discrimination alleged in paragraph 7(a) of her complaint and a copy of the Notice of Right to Sue alleged in paragraph 8(b) of her complaint. Plaintiff is directed to file an amendment to her complaint setting out the correct name and address of the employer located within the Northern District of Illinois against whom she alleges discrimination. These documents shall be directed to the attention of Michael Dooley, Courtroom Deputy for Judge Joan H. Lefkow, United States District Court, Dirksen Federal Building, 219 S. Dearborn, Room 1932, Chicago, Illinois 60604.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.