# Exhibit B

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2007-04053 |

**Illinois Department Of Human Rights**                    and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Ramona A. Manus** | **(702) 360-0990** | **08-18-1932** |

| Street Address | City, State and ZIP Code |
|---|---|
| **7861 Lily Trotter Street, North Las Vegas, NV 89084** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **SAGE HOSPITALITY RESOURCES** | **500 or More** | **(303) 595-7200** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1512 Larimer, Suite 800, Denver, CO 80202** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)* | Earliest **06-01-2006**  Latest **07-12-2006** ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the Respondent on February 13, 2001. I was employed as a Host/VIP Services at Respondent's Arlington Heights, Illinois hotel. During my employment, I was subjected to derogatory age-based remarks by management personnel. I complained to Respondent of age discrimination on several occasions during my employment. Although I was a full-time status employee, Respondent scheduled me to work less than full-time, which made me ineligible for full time status benefits. On July 12, 2006, I was discharged.

I believe that I have been discriminated against because of my age, 74 (d.o.b.: 8/18/1932), and retaliation, in violation of the Age Discrimination in Employment Act of 1967.

MAR 2 3 2007

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Mar 28, 2007 *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |