# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RAMONA A. MANUS, | Case No. 08 CV 01037 |
| Plaintiff, | |
| v. | The Honorable Joan H. Lefkow |
| SAGE HOSPITALITY RESOURCES, LLC | Magistrate Judge Arlander Keys |
| Defendant. | **Jury Trial Demanded** |

## NOTICE OF MOTION

Please take notice that on Thursday, April 3, 2008, at 9:30 a.m. or as soon thereafter as he may be heard, the undersigned counsel for Plaintiff Ramona A. Manus shall appear before the Honorable Joan H. Lefkow, or any Judge sitting in her stead, in Room 1925 of the United States District Court, 219 S. Dearborn St., Chicago, IL, and present the attached Motion for Leave to Appear and for Additional Time to Amend Plaintiff's Complaint.

                                                    Respectfully submitted,

                                                    /s/ J. Bryan Wood

                                                    J. Bryan Wood
                                                    Attorney for Plaintiff

J. Bryan Wood (No. 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone: (312) 545-1420
Facsimile: (312) 577-0749
Email: bryan@jbryanwoodlaw.com

Electronically filed on March 31, 2008

**CERTIFICATE OF SERVICE**

I, J. Bryan Wood, an attorney, certify that service of this Notice of Motion on any counsel for Defendant that has appeared by filing with ECF on March 31, 2008.

/s/ J. Bryan Wood

J. Bryan Wood
Attorney for Plaintiff