## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1037 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Manus vs. Sage Hospitality Resources | | |

### DOCKET ENTRY TEXT

The clerk is directed to file the following documents as amendments to the Complaint: (1) sheet setting out name and address of employer located within the Northern District of Illinois; (2) copy of notice of right to sue; (3) copy of charge of discrimination. Plaintiff is directed to serve the summons and complaint along with copies of these documents on the defendant. See Rule 4, Federal Rules of Civil Procedure.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|