# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1037 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Manus vs. Sage Hospitality Resources | | |

**DOCKET ENTRY TEXT**

Plaintiff' motion for leave to appear and for additional time to 4/30/2008 to amend plaintiff's complaint [7] is granted. J. Bryan Wood is given leave to file his appearance on behalf of plaintiff. Status hearing is set for 6/10/2008 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|