# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAMONA A. MANUS, | Case No. 08 CV 01037 |
| Plaintiff, | |
| v. | The Honorable Joan H. Lefkow |
| SAGE HOSPITALITY RESOURCES, LLC | Magistrate Judge Arlander Keys |
| Defendant. | **Jury Trial Demanded** |

## NOTICE OF FILING

Please take notice that on Friday, June 6, 2008, the undersigned counsel for Plaintiff Ramona A. Manus filed the attached Executed Waiver of Service of Summons.

                                                Respectfully submitted,

                                                J. Bryan Wood
                                                Attorney for Plaintiff

J. Bryan Wood (No. 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone:  (312) 545-1420
Facsimile:  (312) 577-0749
Email:  bryan@jbryanwoodlaw.com

Electronically filed on June 6, 2008

**CERTIFICATE OF SERVICE**

  I, J. Bryan Wood, an attorney, certify that I served this Executed Waiver of Service of Summons and this Notice of Filing of same on any counsel for Defendant that appeared by filing them with ECF on June 6, 2008, and by mailing a copy to Counsel for Defendant who executed the Waiver of Service of Summons:

Steve A. Miller
Fisher & Philips
1000 Marquette Building
140 South Dearborn Street
Chicago, Illinois 60603

                _____
                J. Bryan Wood
                Attorney for Plaintiff