# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                           Case Number: 08 CV 01037

RAMONA A. MANUS
v.
SAGE HOSPITALITY RESOURCES, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, SAGE HOSPITALITY RESOURCES, LLC

| | |
|---|---|
| NAME (Type or print) <br> Steve A. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steve A. Miller | |
| FIRM <br> Fisher & Phillips LLP | |
| STREET ADDRESS <br> 140 S. Dearborn Street, Suite 1000 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243506 | TELEPHONE NUMBER <br> (312) 346-8061 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |